IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 MAR 25 PM 2:00

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LEE LOWERY,<br><br>Defendant. | No. 21-CR-49-NDF<br><br>Cts 1 &2: 18 U.S.C. § 2241(c), 2246(2)(A), (D), and 1152<br>(Aggravated Sexual Abuse of a Minor)<br><br>**REDACTED** – *Minor Victim* |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about October 1, 2017, and on or about November 6, 2017, in the District of Wyoming and within Indian Country, the defendant, **ROBERT LEE LOWERY**, did knowingly engage and attempt to engage in sexual acts with _____, an Indian who had attained the age of 12 years but had not attained the age of 16 years and who was at least 4 years younger than the Defendant, by the use of force against her, to wit, contact between his penis and her vulva, and his intentional touching, not through the clothing, of her genitalia, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 2241(c), 2246(2)(A), (D), and 1152.

### COUNT TWO

Between on or about the October 1, 2017 and on or about November 6, 2017, and on the day following the events in alleged Count 1, in the District of Wyoming and within Indian Country, the Defendant, **ROBERT LEE LOWERY**, did knowingly engage and attempt to engage in sexual

acts with _____, an Indian who had attained the age of 12 years but had not attained the age of 16 years and who was at least 4 years younger than the Defendant, by the use of force against her, to wit, contact between his penis and her vulva, and his intentional touching, not through the clothing, of her genitalia, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 2241(c), 2246(2)(A), (D), and 1152.

A TRUE BILL:

*Ink Signature on File*
FOREPERSON

_____
L. ROBERT MURRAY
Acting United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:** ROBERT LEE LOWERY

**DATE:** March 23, 2021

**INTERPRETER NEEDED:** No

**VICTIM(S):** Yes

**OFFENSE/PENALTIES:**

    **Cts: 1&2** 18 U.S.C. §§ 2241(c), 2246(2)(A), (D), and 1152
(Aggravated Sexual Abuse of a Minor)

    30 Years to Life Imprisonment
Up To $250,000 Fine
5 Years to Life Supervised Release
$100 Special Assessment

**TOTALS:** 60 Years to Life Imprisonment
Up To $500,000 Fine
5 Years to Life Supervised Release
$200 Special Assessment

**AGENT:** Adrianne N. Jahnke, FBI

**AUSA:** Christyne M. Martens, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:** 1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** No

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 MAR 25 PM 5:00

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LEE LOWERY,<br><br>Defendant. | No. 21-CR-49-NDF<br><br>Cts 1 &2: 18 U.S.C. § 2241(c),<br>2246(2)(A), (D), and 1152<br>(Aggravated Sexual Abuse<br>of a Minor)<br><br>FILED UNDER SEAL – *Minor Victim* |

# INDICTMENT